**E-Filed 4/4/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE CONSTANCE ANNE DUDLEY,<br><br>                         Debtor/Appellant. | Case Number 5:10-cv-05205-JF<br><br>ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

   On November 17, 2010, Appellant Constance Anne Dudley filed a notice of appeal. On the same date, the Clerk issued a notice of filing of appeal and scheduling order. Nothing further has been filed. Accordingly, Appellant shall show cause, in writing and within twenty-one days, why this appeal should not be dismissed without prejudice for failure to prosecute.

   IT IS SO ORDERED.

DATED: 4/4/2011

_____
JEREMY FOGEL
United States District Judge