\*\*E-Filed 4/26/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE CONSTANCE ANNE DUDLEY,<br><br>            Debtor/Appellant. | Case Number 5:10-cv-05205-JF<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |

On November 17, 2010, Appellant Constance Anne Dudley filed a notice of appeal. On the same date, the Clerk issued a notice of filing of appeal and a scheduling order. Appellant failed to perfect the appeal. On April 4, 2011, the Court issued an Order to Show Cause why the appeal should not be dismissed without prejudice for failure to prosecute. Appellant did not file a response within the time provided. Accordingly, this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED.

DATED: 4/26/2011

_____
JEREMY FOGEL
United States District Judge